# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-2009
LT Case No. 05-1999-CF-037438-A

———————————————

LAMAR JAY FULLMER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

3.800 Appeal from the Circuit Court for Brevard County.
Michelle L. Naberhaus, Judge.

Lamar Jay Fullmer, Avon Park, pro se.

No Appearance for Appellee.

January 6, 2026

PER CURIAM.

AFFIRMED.

LAMBERT, EISNAUGLE, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____